44 P.3d 161

Sam STEIGER

v.

Grant WOODS/Marlene Woods, et al.

No. CV–02–0016–PR.

Supreme Court of Arizona.

April 23, 2002.

ORDERED: Petition for Review [Appellee Steiger] = DENIED.

FURTHER ORDERED: Petition for Review [Appellant Carey] = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

FURTHER ORDERED: Request for Attorney Fees [Appellee Steiger] = DENIED.

Justice Feldman voted to grant review of Issue 3 in the Petition for Review of Appellant Carey.

Justice Berch recused herself and did not participate in the determination of this matter.